UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| A.K., a minor by her next friend and father, JAMES KILLIAN, and JAMES KILLIAN, <br><br> Plaintiffs, <br><br> v. <br><br> USD 497, <br><br> Defendant. | Case No. 26-cv-2062-JWB-TJJ |

## ORDER

This matter is before the Court on the Motion for Appointment and Consent to Serve as Next Friend (ECF No. 4). Plaintiff James Killian requests the Court appoint him as next friend of his minor child, Plaintiff A.K., pursuant to Federal Rule of Civil Procedure 17(c), for the purposes of commencing and prosecuting this action. He states he is the natural father of A.K., is qualified and able, and consents to act as next friend for A.K.

Federal Rule of Civil Procedure 17(c) governs the procedural aspects of representation of a minor party. Rule 17(c)(1) lists the representatives who may sue or defend on behalf of a minor: "a general guardian, a committee, a conservator, or a like fiduciary." Rule 17(c)(2) governs unrepresented minors and provides that a minor who does not have a duly appointed representative "may sue by a next friend or by a guardian ad litem." The Rule also requires the court "appoint a guardian ad litem—or issue another appropriate order—to protect a minor . . . who is unrepresented in an action."

Courts in this District have generally found that the natural parent of a minor party qualifies as a general guardian who may sue on behalf of the minor child, with no need for a formal

1

appointment as next friend by the court.[1]  Accordingly, the Court finds that Plaintiff James Killian, as the natural father of A.H., qualifies as a general guardian under Rule 17(c)(1)(A) who may sue on behalf of his minor child without a formal court appointment as next friend.

**IT IS THEREFORE ORDERED** that Plaintiff James Killian's Motion for Appointment as Next Friend (ECF No. 4) is **denied as moot.**

**IT IS SO ORDERED.**

Dated February 2, 2026, in Kansas City, Kansas.

*/s/ Teresa J. James*
Teresa J. James
U. S. Magistrate Judge

---

[1] *See S.E.S. v. Galena Unified Sch. Dist. No. 499*, No. 18-2042-DDC-GEB, 2018 WL 558059, at *1 (D. Kan. Jan. 25, 2018) (denying natural parent's motion for appointment of next friend as moot); *Meredith ex rel. Meredith v. Dusin*, No. 03-2532-CM, 2003 WL 22844157, at *1 (D. Kan. Nov. 12, 2003) (same).