**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| A.K., a minor by her next friend and father, JAMES KILLIAN, and JAMES KILLIAN, | |
| Plaintiffs, | CASE NO. 2:26-cv-02062-JWB-TJJ |
| v. | |
| USD 497, | |
| Defendant. | |

## ANSWER

Defendant USD 497, by its undersigned counsel, answers Plaintiffs' Complaint as follows:

1.      Responding to Paragraph 1 of Plaintiffs' Complaint, Defendant denies the allegations.

## PARTIES

2.      Responding to Paragraph 2 of Plaintiffs' Complaint, Defendant admits A.K. is a minor and was a resident of Douglas County, Kansas, but is without sufficient to admit or deny the remaining allegations contained with Paragraph 2 and therefore denies.

3.      Responding to Paragraph 3 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny and therefore denies the allegations.

4.      Responding to Paragraph 4 of Plaintiffs' Complaint, Defendant admits the allegations.

5.      Responding to Paragraph 5 of Plaintiffs' Complaint, Defendant admits the allegations.

**JURISDICTION AND VENUE**

6.      Responding to Paragraph 6 of Plaintiffs' Complaint, Defendant admits the allegations.

7.      Responding to Paragraph 7 of Plaintiffs' Complaint, Defendant admits the allegations.

8.      Responding to Paragraph 8 of Plaintiffs' Complaint, Defendant admits the allegations.

9.      Responding to Paragraph 9 of Plaintiffs' Complaint, Defendant admits Plaintiffs bring claims under Title IX of the Education Amendments of 1972, 20 U.S.C. Section 1681(a), but denies the remaining allegations.

10.      Responding to Paragraph 10 of Plaintiffs' Complaint, the allegations contained within Paragraph 10 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

11.      Responding to Paragraph 11 of Plaintiffs' Complaint, Defendant admits the allegations.

**TITLE IX REQUIREMENTS AND DEFENDANT'S TITLE IX POLICIES**

12.      Responding to Paragraph 12 of Plaintiffs' Complaint, Defendant admits this is a quote from Title IX, 20 U.S.C. Section 1681(a).

13.      Responding to Paragraph 13 of Plaintiffs' Complaint, the allegations contained within Paragraph 13 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant admits this is the standard for establishing a Title IX claim.

14.      Responding to Paragraph 14 of Plaintiffs' Complaint, Defendant admits the allegations.

15.     Responding to Paragraph 15 of Plaintiffs' Complaint, Defendant admits the allegations.

16.     Responding to Paragraph 16 of Plaintiffs' Complaint, Defendant admits the allegations.

17.     Responding to Paragraph 17 of Plaintiffs' Complaint, Defendant admits the allegations contained within Paragraph 17, including subparts a-g.

18.     Responding to Paragraph 18 of Plaintiffs' Complaint, Defendant admits the allegations contained within Paragraph 18, including subparts a-f.

19.     Responding to Paragraph 19 of Plaintiffs' Complaint, Defendant admits the allegations.

## FACTUAL ALLEGATIONS

20.     Responding to Paragraph 20 of Plaintiffs' Complaint, Defendant admits the allegations.

21.     Responding to Paragraph 21 of Plaintiffs' Complaint, Defendant admits the allegations.

22.     Responding to Paragraph 22 of Plaintiffs' Complaint, Defendant admits the allegations.

23.     Responding to Paragraph 23 of Plaintiffs' Complaint, Defendant admits A.K. was a student at one time at LMCMS, but was no longer a student at LMCMS after the 2023-2024 school year.

24.     Responding to Paragraph 24 of Plaintiffs' Complaint, the allegations contained within Paragraph 24 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

25.     Responding to Paragraph 25 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

26.     Responding to Paragraph 26 of Plaintiffs' Complaint, the allegations contained within Paragraph 26 state a legal conclusion for which no response is required. To the extent a response is required, Defendant denies.

27.     Responding to Paragraph 27 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

28.     Responding to Paragraph 28 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

29.     Responding to Paragraph 29 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

*A.K.'s October 2023 Complaints of Sexual Harassment*

30.     Responding to Paragraph 30 of Plaintiffs' Complaint, Defendant denies the allegations.

31.     Responding to Paragraph 31 of Plaintiffs' Complaint, the allegations contained within Paragraph 31 state a legal conclusion for which no response is required. To the extent a response is required, Defendant denies.

32.     Responding to Paragraph 32 of Plaintiffs' Complaint, Defendant admits A.K. made a complaint to Student Resource Officer Dan Affalter Jr., but denies the complaint rose to the level of sexual harassment or sex discrimination.

33.     Responding to Paragraph 33 of Plaintiffs' Complaint, Defendant admits Mr. Affalter shared the complaint with administration, but denies the complaint rose to the level of sexual harassment or sex discrimination.

34.     Responding to Paragraph 34 of Plaintiffs' Complaint, Defendant denies the allegations.

35.     Responding to Paragraph 35 of Plaintiffs' Complaint, Defendant denies the allegations.

36.     Responding to Paragraph 36 of Plaintiffs' Complaint, Defendant denies the allegations.

37.     Responding to Paragraph 37 of Plaintiffs' Complaint, Defendant denies the allegations.

38.     Responding to Paragraph 38 of Plaintiffs' Complaint, Defendant admits the Title IX Coordinator was involved in the Fall 2023 Complaint, but denies the complaint rose to the level of sexual harassment or sex discrimination.

39.     Responding to Paragraph 39 of Plaintiffs' Complaint, Defendant denies the allegations.

40.     Responding to Paragraph 40 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

41.     Responding to Paragraph 41 of Plaintiffs' Complaint, Defendant denies the allegations.

42.     Responding to Paragraph 42 of Plaintiffs' Complaint, Defendant denies the allegations.

43.     Responding to Paragraph 43 of Plaintiffs' Complaint, Defendant denies the allegations.

44. Responding to Paragraph 44 of Plaintiffs' Complaint, Defendant admits the allegations.

45. Responding to Paragraph 45 of Plaintiffs' Complaint, Defendant denies the allegations.

*A.K.'s and James' Winter 2024 Complaints of Sexual Harassment*

46. Responding to Paragraph 46 of Plaintiffs' Complaint, Defendant denies the allegations.

47. Responding to Paragraph 47 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

48. Responding to Paragraph 48 of Plaintiffs' Complaint, Defendant admits that James Killian came to LMCMS after receiving the voicemail, but denies that it was "immediately" after the voicemail that Mr. Killian arrived.

49. Responding to Paragraph 49 of Plaintiffs' Complaint, Defendant admits Mr. Mitchell was not at LMCMS when Mr. Killian arrived, but denies that this is "bizarre."

50. Responding to Paragraph 50 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

51. Responding to Paragraph 51 of Plaintiffs' Complaint, Defendant denies the allegations.

52. Responding to Paragraph 52 of Plaintiffs' Complaint, Defendant denies the allegations.

53. Responding to Paragraph 53 of Plaintiffs' Complaint, Defendant denies the allegations.

54.     Responding to Paragraph 54 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

55.     Responding to Paragraph 55 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

56.     Responding to Paragraph 56 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

57.     Responding to Paragraph 57 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

58.     Responding to Paragraph 58 of Plaintiffs' Complaint, Defendant admits Mr. Killian came to the District's office sometime in February 2024, but is without sufficient knowledge to admit or deny whether it was February 2, 2024.

59.     Responding to Paragraph 59 of Plaintiffs' Complaint, Defendant admits the allegations.

60.     Responding to Paragraph 60 of Plaintiffs' Complaint, Defendant denies the allegations.

61.     Responding to Paragraph 61 of Plaintiffs' Complaint, Defendant denies the allegations.

62.     Responding to Paragraph 62 of Plaintiffs' Complaint, Defendant denies the allegations.

63.     Responding to Paragraph 63 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

64.     Responding to Paragraph 64 of Plaintiffs' Complaint, Defendant denies the allegations.

65.     Responding to Paragraph 65 of Plaintiffs' Complaint, Defendant denies the allegations.

66.     Responding to Paragraph 66 of Plaintiffs' Complaint, Defendant denies the allegations.

67.     Responding to Paragraph 67 of Plaintiffs' Complaint, Defendant denies the allegations.

68.     Responding to Paragraph 68 of Plaintiffs' Complaint, Defendant admits the allegations.

69.     Responding to Paragraph 69 of Plaintiffs' Complaint, Defendant denies the allegations.

70.     Responding to Paragraph 70 of Plaintiffs' Complaint, Defendant denies the allegations.

71.     Responding to Paragraph 71 of Plaintiffs' Complaint, Defendant denies the allegations.

72.     Responding to Paragraph 72 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

73.     Responding to Paragraph 73 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

74.     Responding to Paragraph 74 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

75.     Responding to Paragraph 75 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

76.    Responding to Paragraph 76 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

77.    Responding to Paragraph 77 of Plaintiffs' Complaint, Defendant denies the allegations.

78.    Responding to Paragraph 78 of Plaintiffs' Complaint, Defendant denies the allegations.

79.    Responding to Paragraph 79 of Plaintiffs' Complaint, Defendantdenies the allegations.

80.    Responding to Paragraph 80 of Plaintiffs' Complaint, Defendant denies the allegations.

81.    Responding to Paragraph 81 of Plaintiffs' Complaint, Defendant denies the allegations.

82.    Responding to Paragraph 82 of Plaintiffs' Complaint, Defendant denies the allegations.

83.    Responding to Paragraph 83 of Plaintiffs' Complaint, Defendant denies the allegations.

84.    Responding to Paragraph 84 of Plaintiffs' Complaint, Defendant denies the allegations.

### *The District Covers Up the Complaints and its Systemic Failure To Respond to them by Spinning the Narrative*

85.    Responding to Paragraph 85 of Plaintiffs' Complaint, Defendant admits the allegations.

86.    Responding to Paragraph 86 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

87.    Responding to Paragraph 87 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

88.    Responding to Paragraph 88 of Plaintiffs' Complaint, Defendant denies the allegations.

89.    Responding to Paragraph 89 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

90.    Responding to Paragraph 90 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

91.    Responding to Paragraph 91 of Plaintiffs' Complaint, Defendant denies the allegations.

92.    Responding to Paragraph 92 of Plaintiffs' Complaint, Defendant admits that it did not file suit against Plaintiff James Killian, but denies that this is any sort of admission that Plaintiff did not defame Defendant.

93.    Responding to Paragraph 93 of Plaintiffs' Complaint, Defendant admits the allegations.

94.    Responding to Paragraph 94 of Plaintiffs' Complaint, Defendant admits the allegations.

95.    Responding to Paragraph 95 of Plaintiffs' Complaint, Defendant admits the allegations.

96.    Responding to Paragraph 96 of Plaintiffs' Complaint, Defendant denies the allegations.

*James and A.K.'s Request for Title IX Investigation Materials is Unanswered*

97.    Responding to Paragraph 97 of Plaintiffs' Complaint, Defendant admits Plaintiff submitted a Kansas Open Records Act request, but is without sufficient knowledge to admit or deny whether this was submitted on September 11, 2024.

98.    Responding to Paragraph 98 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

99.    Responding to Paragraph 99 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies Paragraph 99 and subparts a-l.

100.    Responding to Paragraph 100 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

101.    Responding to Paragraph 101 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

102.    Responding to Paragraph 102 of Plaintiffs' Complaint, Defendant states this is a legal conclusion therefore no response is required.  To the extent that a response is required, Defendant denies.

103.    Responding to Paragraph 103 of Plaintiffs' Complaint, Defendant denies the allegations.

104.    Responding to Paragraph 104 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

105.    Responding to Paragraph 105 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

106.    Responding to Paragraph 106 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

107.    Responding to Paragraph 107 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

108.    Responding to Paragraph 108 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

109.    Responding to Paragraph 109 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

110.    Responding to Paragraph 110 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

111.    Responding to Paragraph 111 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

*The District Admits to Not Handling A.K.'s Complaints Correctly*

112.    Responding to Paragraph 112 of Plaintiffs' Complaint, Defendant admits the allegations.

113.    Responding to Paragraph 113 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

114.    Responding to Paragraph 114 of Plaintiffs' Complaint, Defendant denies the allegations.

115.    Responding to Paragraph 115 of Plaintiffs' Complaint, Defendant denies the allegations.

*The District Later Claims it Handled A.K.'s Complaints Correctly*

116.    Responding to Paragraph 116 of Plaintiffs' Complaint, Defendant admits that Mr. Killian filed a Title IX Complaint, but denies this was his fourth complaint and denies there were any mistakes with the handling of prior complaints.

117.    Responding to Paragraph 117 of Plaintiffs' Complaint, Defendant admits Mr. Killian filed a Title IX Complaint regarding the Fall 2023 Complaint, but denies all other allegations.

118.    Responding to Paragraph 118 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

119.    Responding to Paragraph 119 of Plaintiffs' Complaint, Defendant admits the allegations.

120.    Responding to Paragraph 120 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

121.    Responding to Paragraph 121 of Plaintiffs' Complaint, Defendant admits the allegations.

122.    Responding to Paragraph 122 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

123.    Responding to Paragraph 123 of Plaintiffs' Complaint, Defendant denies the allegations.

124.    Responding to Paragraph 124 of Plaintiffs' Complaint, Defendant denies the allegations.

125.     Responding to Paragraph 125 of Plaintiffs' Complaint, Defendant denies the allegations.

126.     Responding to Paragraph 126 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

127.     Responding to Paragraph 127 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

128.     Responding to Paragraph 128 of Plaintiffs' Complaint, Defendant admits the allegations.

129.     Responding to Paragraph 129 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

130.     Responding to Paragraph 130 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

131.     Responding to Paragraph 131 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

132.     Responding to Paragraph 132 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

133.     Responding to Paragraph 133 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

134.     Responding to Paragraph 134 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

135.     Responding to Paragraph 135 of Plaintiffs' Complaint, Defendant is without sufficient knowledge to admit or deny, and therefore denies.

136.    Responding to Paragraph 136 of Plaintiffs' Complaint, Defendant denies the allegations.

137.    Responding to Paragraph 137 of Plaintiffs' Complaint, Defendant denies the allegations.

138.    Responding to Paragraph 138 of Plaintiffs' Complaint, Defendant denies the allegations.

139.    Responding to Paragraph 139 of Plaintiffs' Complaint, Defendant denies the allegations.

140.    Responding to Paragraph 140 of Plaintiffs' Complaint, the allegations contained within Paragraph 140 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

141.    Responding to Paragraph 140 of Plaintiffs' Complaint, Defendant denies the allegations.

142.    Responding to Paragraph 141 of Plaintiffs' Complaint, Defendant denies the allegations.

143.    Responding to Paragraph 142 of Plaintiffs' Complaint, Defendant denies the allegations.

144.    Responding to Paragraph 143 of Plaintiffs' Complaint, Defendant denies the allegations.

<u>**COUNT I – Sex Discrimination and Harassment**</u>
<u>**Creating a Hostile Educational Environment**</u>
<u>**(Fall 2023 Complaints)**</u>

145.    Defendant incorporates by reference its answers and defenses set forth in paragraphs 1 through 144.

146.    Responding to Paragraph 146 of Plaintiffs' Complaint, Defendant admits the allegations.

147.    Responding to Paragraph 147 of Plaintiffs' Complaint, Defendant admits to the allegations.

148.    Responding to Paragraph 148 of Plaintiffs' Complaint, the allegations contained within Paragraph 148 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

149.    Responding to Paragraph 149 of Plaintiffs' Complaint, Defendant denies the allegations contained in Paragraph 149 and all subparts.

150.    Responding to Paragraph 150 of Plaintiffs' Complaint, Defendant denies the allegations.

151.    Responding to Paragraph 151 of Plaintiffs' Complaint, Defendant denies the allegations.

152.    Responding to Paragraph 152 of Plaintiffs' Complaint, Defendant denies the allegations.

153.    Responding to Paragraph 153 of Plaintiffs' Complaint, Defendant denies the allegations.

154.    Responding to Paragraph 154 of Plaintiffs' Complaint, Defendant denies the allegations.

155.    Responding to Paragraph 155 of Plaintiffs' Complaint, Defendant denies the allegations.

156.    Responding to Paragraph 156 of Plaintiffs' Complaint, Defendant denies the allegations.

157.    Responding to Paragraph 157 of Plaintiffs' Complaint, Defendant denies the allegations.

158.    Responding to Paragraph 158 of Plaintiffs' Complaint, Defendant denies the allegations.

159.    Responding to Paragraph 159 of Plaintiffs' Complaint, Defendant denies the allegations.

160.    Responding to Paragraph 160 of Plaintiffs' Complaint, Defendant denies the allegations.

161.    Responding to Paragraph 161 of Plaintiffs' Complaint, Defendant denies the allegations.

162.    Responding to Paragraph 162 of Plaintiffs' Complaint, Defendant denies the allegations.

163.    Responding to Paragraph 163 of Plaintiffs' Complaint, Defendant denies the allegations.

Responding to the unnumbered WHEREFORE paragraph at the end of Count I of Plaintiffs' Complaint, Defendant admits that Plaintiff seeks judgment but denies he is entitled to the requested relief.

## COUNT II – Sex Discrimination and Harassment
## Creating a Hostile Educational Environment
## (Winter 2024 Complaints)

164.    Defendant incorporates by reference its answers and defenses set forth in paragraphs 1 through 163.

165.    Responding to Paragraph 165 of Plaintiffs' Complaint, Defendant admits the allegations.

166.    Responding to Paragraph 166 of Plaintiffs' Complaint, Defendant admits the allegations.

167.    Responding to Paragraph 167 of Plaintiffs' Complaint, the allegations contained within Paragraph 167 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

168.    Responding to Paragraph 168 of Plaintiffs' Complaint, Defendant denies the allegations contained in Paragraph 168 and all subparts.

169.    Responding to Paragraph 169 of Plaintiffs' Complaint, Defendant denies the allegations.

170.    Responding to Paragraph 170 of Plaintiffs' Complaint, Defendant denies the allegations.

171.    Responding to Paragraph 171 of Plaintiffs' Complaint, Defendant denies the allegations.

172.    Responding to Paragraph 172 of Plaintiffs' Complaint, Defendant denies the allegations.

173.    Responding to Paragraph 173 of Plaintiffs' Complaint, Defendant denies the allegations.

174.    Responding to Paragraph 174 of Plaintiffs' Complaint, Defendant denies the allegations.

175.    Responding to Paragraph 175 of Plaintiffs' Complaint, Defendant denies the allegations.

176.    Responding to Paragraph 176 of Plaintiffs' Complaint, Defendant denies the allegations.

177.    Responding to Paragraph 177 of Plaintiffs' Complaint, Defendant denies the allegations.

178.    Responding to Paragraph 178 of Plaintiffs' Complaint, Defendant denies the allegations.

179.    Responding to Paragraph 179 of Plaintiffs' Complaint, Defendant denies the allegations.

180.    Responding to Paragraph 180 of Plaintiffs' Complaint, Defendant denies the allegations.

181.    Responding to Paragraph 181 of Plaintiffs' Complaint, Defendant denies the allegations.

182.    Responding to Paragraph 182 of Plaintiffs' Complaint, Defendant denies the allegations.

Responding to the unnumbered WHEREFORE paragraph at the end of Count II of Plaintiffs' Complaint, Defendant admits that Plaintiff seeks judgment but denies he is entitled to the requested relief.

## COUNT III – Sex Discrimination and Harassment
## Creating a Hostile Educational Environment
## (James' Complaints)

183.    Defendant incorporates by reference its answers and defenses set forth in paragraphs 1 through 182.

184.    Responding to Paragraph 184 of Plaintiffs' Complaint, Defendant admits the allegations.

185.    Responding to Paragraph 185 of Plaintiffs' Complaint, Defendant admits the allegations.

186.    Responding to Paragraph 186 of Plaintiffs' Complaint, the allegations contained within Paragraph 186 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

187.    Responding to Paragraph 187 of Plaintiffs' Complaint, Defendant denies the allegations contained in Paragraph 187 and all subparts.

188.    Responding to Paragraph 188 of Plaintiffs' Complaint, Defendant denies the allegations.

189.    Responding to Paragraph 189 of Plaintiffs' Complaint, Defendant denies the allegations.

190.    Responding to Paragraph 190 of Plaintiffs' Complaint, Defendant denies the allegations.

191.    Responding to Paragraph 191 of Plaintiffs' Complaint, Defendant denies the allegations.

192.    Responding to Paragraph 192 of Plaintiffs' Complaint, Defendant denies the allegations.

193.    Responding to Paragraph 193 of Plaintiffs' Complaint, Defendant denies the allegations.

194.    Responding to Paragraph 194 of Plaintiffs' Complaint, Defendant denies the allegations.

195.    Responding to Paragraph 195 of Plaintiffs' Complaint, Defendant denies the allegations.

196.    Responding to Paragraph 196 of Plaintiffs' Complaint, Defendant denies the allegations.

197.    Responding to Paragraph 197 of Plaintiffs' Complaint, Defendant denies the allegations.

198.    Responding to Paragraph 198 of Plaintiffs' Complaint, Defendant denies the allegations.

199.    Responding to Paragraph 199 of Plaintiffs' Complaint, Defendant denies the allegations.

200.    Responding to Paragraph 200 of Plaintiffs' Complaint, Defendant denies the allegations.

201.    Responding to Paragraph 201 of Plaintiffs' Complaint, Defendant denies the allegations.

Responding to the unnumbered WHEREFORE paragraph at the end of Count III of Plaintiffs' Complaint, Defendant admits that Plaintiff seeks judgment but denies he is entitled to the requested relief.

## COUNT IV– Sex Discrimination and Harassment
## Creating a Hostile Educational Environment
## (Fall 2025 Complaints)

202.    Defendant incorporates by reference its answers and defenses set forth in paragraphs 1 through 201.

203.    Responding to Paragraph 203 of Plaintiffs' Complaint, Defendant admits the allegations.

204.    Responding to Paragraph 204 of Plaintiffs' Complaint, Defendant admits the allegations.

205.    Responding to Paragraph 205 of Plaintiffs' Complaint, the allegations contained within Paragraph 205 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

206.    Responding to Paragraph 206 of Plaintiffs' Complaint, Defendant  denies the allegations contained in Paragraph 206 and all subparts.

207.    Responding to Paragraph 207 of Plaintiffs' Complaint, Defendant denies the allegations.

208.    Responding to Paragraph 208 of Plaintiffs' Complaint, Defendant denies the allegations.

209.    Responding to Paragraph 209 of Plaintiffs' Complaint, Defendant denies the allegations.

210.    Responding to Paragraph 210 of Plaintiffs' Complaint, Defendant denies the allegations.

211.    Responding to Paragraph 211 of Plaintiffs' Complaint, Defendant denies the allegations.

212.    Responding to Paragraph 212 of Plaintiffs' Complaint, Defendant denies the allegations.

213.    Responding to Paragraph 213 of Plaintiffs' Complaint, Defendantdenies the allegations.

214.    Responding to Paragraph 214 of Plaintiffs' Complaint, Defendant denies the allegations.

215.    Responding to Paragraph 215 of Plaintiffs' Complaint, Defendant denies the allegations.

216.    Responding to Paragraph 216 of Plaintiffs' Complaint, Defendant denies the allegations.

217.    Responding to Paragraph 217 of Plaintiffs' Complaint, Defendant denies the allegations.

218.    Responding to Paragraph 218 of Plaintiffs' Complaint, Defendant denies the allegations.

219.    Responding to Paragraph 219 of Plaintiffs' Complaint, Defendant denies the allegations.

220.    Responding to Paragraph 220 of Plaintiffs' Complaint, Defendant denies the allegations.

Responding to the unnumbered WHEREFORE paragraph at the end of Count IV of Plaintiffs' Complaint, Defendant admits that Plaintiff seeks judgment but denies he is entitled to the requested relief.

**COUNT V – Retaliation**
**(A.K.'s Fall 2023 Complaints)**

221.    Defendant incorporates by reference its answers and defenses set forth in paragraphs 1 through 220.

222.    Responding to Paragraph 222 of Plaintiffs' Complaint, the allegations contained within Paragraph 222 state a legal conclusion for which no response is required. To the extent a response is required, Defendant denies.

223.    Responding to Paragraph 223 of Plaintiffs' Complaint, Defendant admits the allegations.

224.    Responding to Paragraph 224 of Plaintiffs' Complaint, Defendant admits the allegations.

225.    Responding to Paragraph 225 of Plaintiffs' Complaint, Defendant denies the allegations.

226.    Responding to Paragraph 226 of Plaintiffs' Complaint, Defendant denies the allegations contained within Paragraph 226 and all its subparts.

227.    Responding to Paragraph 227 of Plaintiffs' Complaint, Defendant denies the allegations.

228.    Responding to Paragraph 228 of Plaintiffs' Complaint, Defendant denies the allegations contained within Paragraph 228 and all its subparts.

229.    Responding to Paragraph 229 of Plaintiffs' Complaint, Defendant denies the allegations.

230.    Responding to Paragraph 230 of Plaintiffs' Complaint, Defendant denies the allegations.

231.     Responding to Paragraph 231 of Plaintiffs' Complaint, Defendant denies the allegations.

232.     Responding to Paragraph 232 of Plaintiffs' Complaint, Defendant denies the allegations.

233.     Responding to Paragraph 233 of Plaintiffs' Complaint, Defendant denies the allegations.

234.     Responding to Paragraph 234 of Plaintiffs' Complaint, Defendant denies the allegations.

235.     Responding to Paragraph 235 of Plaintiffs' Complaint, Defendant denies the allegations.

Responding to the unnumbered WHEREFORE paragraph at the end of Count V of Plaintiffs' Complaint, Defendant admits that Plaintiff seeks judgment but denies he is entitled to the requested relief.

### COUNT VI – Retaliation
### (A.K.'s Winter 2024 Complaints)

236.     Defendant incorporates by reference its answers and defenses set forth in paragraphs 1 through 235.

237.     Responding to Paragraph 237 of Plaintiffs' Complaint, the allegations contained within Paragraph 237 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

238.     Responding to Paragraph 238 of Plaintiffs' Complaint, Defendant admits the allegations.

239.     Responding to Paragraph 239 of Plaintiffs' Complaint, Defendant admits the allegations.

240.    Responding to Paragraph 240 of Plaintiffs' Complaint, Defendant denies the allegations.

241.    Responding to Paragraph 241 of Plaintiffs' Complaint, Defendant denies the allegations contained within Paragraph 241 and all its subparts.

242.    Responding to Paragraph 242 of Plaintiffs' Complaint, Defendant denies the allegations.

243.    Responding to Paragraph 243 of Plaintiffs' Complaint, Defendant denies the allegations contained within Paragraph 243 and all its subparts.

244.    Responding to Paragraph 244 of Plaintiffs' Complaint, Defendant denies the allegations.

245.    Responding to Paragraph 245 of Plaintiffs' Complaint, Defendant denies the allegations.

246.    Responding to Paragraph 246 of Plaintiffs' Complaint, Defendant denies the allegations.

247.    Responding to Paragraph 247 of Plaintiffs' Complaint, Defendant denies the allegations.

248.    Responding to Paragraph 248 of Plaintiffs' Complaint, Defendant denies the allegations.

249.    Responding to Paragraph 249 of Plaintiffs' Complaint, Defendant denies the allegations.

250.    Responding to Paragraph 250 of Plaintiffs' Complaint, Defendant denies the allegations.

Responding to the unnumbered WHEREFORE paragraphs at the end of Count VI of Plaintiffs' Complaint, Defendant admits that Plaintiff seeks judgment but denies he is entitled to the requested relief.

### COUNT VII – Retaliation
### (James' Complaints)

251.    Defendant incorporates by reference its answers and defenses set forth in paragraphs 1 through 250.

252.    Responding to Paragraph 252 of Plaintiffs' Complaint, the allegations contained within Paragraph 252 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

253.    Responding to Paragraph 253 of Plaintiffs' Complaint, Defendant admits the allegations.

254.    Responding to Paragraph 254 of Plaintiffs' Complaint, Defendant admits the allegations.

255.    Responding to Paragraph 255 of Plaintiffs' Complaint, Defendant denies the allegations.

256.    Responding to Paragraph 256 of Plaintiffs' Complaint, Defendant denies the allegations contained within Paragraph 256 and all its subparts.

257.    Responding to Paragraph 257 of Plaintiffs' Complaint, Defendant denies the allegations.

258.    Responding to Paragraph 258 of Plaintiffs' Complaint, Defendant denies the allegations contained within Paragraph 258 and all its subparts.

259.    Responding to Paragraph 259 of Plaintiffs' Complaint, Defendant denies the allegations.

260.    Responding to Paragraph 260 of Plaintiffs' Complaint, Defendant denies the allegations.

261.    Responding to Paragraph 261 of Plaintiffs' Complaint, Defendant denies the allegations.

262.    Responding to Paragraph 262 of Plaintiffs' Complaint, Defendant denies the allegations.

263.    Responding to Paragraph 263 of Plaintiffs' Complaint, Defendant denies the allegations.

264.    Responding to Paragraph 264 of Plaintiffs' Complaint, Defendant denies the allegations.

265.    Responding to Paragraph 265 of Plaintiffs' Complaint, Defendant denies the allegations.

Responding to the unnumbered WHEREFORE paragraphs at the end of Count VII of Plaintiffs' Complaint, Defendant admits that Plaintiff seeks judgment but denies he is entitled to the requested relief.

## COUNT VIII – Retaliation
## (Fall 2025 Complaints)

266.    Defendant incorporates by reference its answers and defenses set forth in paragraphs 1 through 265.

267.    Responding to Paragraph 267 of Plaintiffs' Complaint, the allegations contained within Paragraph 267 state a legal conclusion for which no response is required.  To the extent a response is required, Defendant denies.

268.    Responding to Paragraph 268 of Plaintiffs' Complaint, Defendant admits the allegations.

28

269.    Responding to Paragraph 269 of Plaintiffs' Complaint, Defendant admits the allegations.

270.    Responding to Paragraph 270 of Plaintiffs' Complaint, Defendant denies the allegations.

271.    Responding to Paragraph 271 of Plaintiffs' Complaint, Defendant denies the allegations contained within Paragraph 271 and all its subparts.

272.    Responding to Paragraph 272 of Plaintiffs' Complaint, Defendant denies the allegations.

273.    Responding to Paragraph 273 of Plaintiffs' Complaint, Defendant denies the allegations contained within Paragraph 273 and all its subparts.

274.    Responding to Paragraph 274 of Plaintiffs' Complaint, Defendant denies the allegations.

275.    Responding to Paragraph 275 of Plaintiffs' Complaint, Defendant denies the allegations.

276.    Responding to Paragraph 276 of Plaintiffs' Complaint, Defendant denies the allegations.

277.    Responding to Paragraph 277 of Plaintiffs' Complaint, Defendant denies the allegations.

278.    Responding to Paragraph 278 of Plaintiffs' Complaint, Defendant denies the allegations.

279.    Responding to Paragraph 279 of Plaintiffs' Complaint, Defendant denies the allegations.

280.    Responding to Paragraph 280 of Plaintiffs' Complaint, Defendant denies the allegations.

Responding to the unnumbered WHEREFORE paragraphs at the end of Count VIII of Plaintiffs' Complaint, Defendant admits that Plaintiff seeks judgment but denies he is entitled to the requested relief.

### COUNT IX – Outrage and Intentional Infliction of Emotional Distress

281.    Defendant incorporates by reference its answers and defenses set forth in paragraphs 1 through 280.

282-298.    Responding to the allegations contained in paragraphs 282 through 298 of Plaintiffs' Complaint, Defendant refers to its simultaneously filed Motion to Strike.  To the extent and answer is required, Defendant denies the allegations.

Responding to the unnumbered WHEREFORE paragraph at the end of Count IX of Plaintiffs' Complaint, Defendant admits that Plaintiff seeks judgment but denies he is entitled to the requested relief.

### DEMAND FOR JURY TRIAL

Defendant admits that Plaintiffs demand a jury trial.  Defendant also demands a trial by jury on all issues so triable.  Defendant hereby requests that trial be held in Topeka, Kansas.

### AFFIRMATIVE DEFENSES

Defendant's affirmative and additional defenses are set forth below.  By stating a defense, Defendant does not thereby assume the burden of proof on such defense except to the extent applicable law requires Defendant to plead and prove the defense in order to avail itself of the defense.  Defendant reserves its right to amend its Answer and to add or delete any additional defenses as investigation, discovery, or circumstances warrant.

1.      Defendant denies any and all of Plaintiffs' allegations not specifically admitted herein.

2.      Plaintiffs' Complaint fails to state a claim, in whole or in part, upon which relief may be granted.

3.      Plaintiffs failed to mitigate damages, to the extent any exist.

4.      Plaintiffs' claims are barred by the statute of limitations.

5.      Plaintiffs' alleged damages, to the extent any exist, were caused in whole or in part by sources other than any alleged unlawful actions by Defendant. Accordingly, any such damages should either be completely denied or apportioned according to the evidence.

6.      Plaintiffs' alleged damages, to the extent any exist, are speculative and uncertain and therefore, not compensable.

7.      Plaintiffs' alleged damages, to the extent any exist, are not of the nature or to the extent alleged.

8.      The acts of which Plaintiffs complain either did not occur or did not occur as Plaintiffs allege.

9.      Plaintiffs' allegations do not and cannot provide a basis for liability under Section 1983 against Defendant or its employees.

10.     Plaintiffs' claims for emotional distress damages are subject to the United States Supreme Court's opinion in *Cummings v. Premier Rehab Keller, P.L.L.C.*, 142 S. Ct. 1562, 1568 (2022).

11.     Plaintiffs' complaints did not rise to the level of a Title IX complaint or violation.

12.     Plaintiffs' complaints are not subject to the continuing violations doctrine.

13.     Plaintiffs have failed to mitigate the damages, if any.

31

14.     Plaintiffs' complaints did evidence harassment that was severe, pervasive, or objectively offensive.

15.     All actions taken against Plaintiffs were lawful and reasonable.

16.     Defendant, at all times, acted rationally, reasonably, and in good faith, without fraud, malice, or improper intent, and for legitimate reasons.

17.     Defendant's employees, at all times, acted rationally, reasonably, and in good faith, without fraud, malice, or improper intent, and for legitimate reasons.

18.     Defendant denies that any of its employees or agents, acting within the course and scope of their agency or employment, violated any duty owed to or caused any damage or injury to A. K.

19.     Defendant has no respondeat superior liability for the acts or omissions of any of its employees.

20.     Plaintiffs' claims for punitive damages are limited to the extent they violate Defendant's constitutional rights under Article I, Section 8 and the Fifth, Sixth, Eighth, and Fourteenth Amendment to the U.S. Constitution.

21.     Any medical damages alleged by Plaintiffs will be restricted by the *Martinez v. Milburn Ent., Inc.* decision set forth by the Kansas Supreme Court.

22.     This action is frivolous and insubstantial having been filed without probable cause or reasonable investigation entitling Defendant to its costs, including reasonable attorneys' fees, incurred in defending this action.

23.     Defendant reserves the right to assert any additional affirmative defenses or counterclaims as discovery proceeds.

## PRAYER FOR RELIEF

Defendant respectfully prays for a final judgment in its favor which: (1) dismisses with prejudice every claim asserted by Plaintiffs against Defendant in this case; (2) declares Defendant the prevailing party on each dismissed claim; (3) denies Plaintiffs the judgment and relief requested in their Complaint; and (4) grants Defendant any further legal and equitable relief as may be just and proper under the circumstances.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, the above Answer was filed using the court's electronic filing system which will send notice to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe