**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

A.K., a minor by her next friend and father,
JAMES KILLIAN, and JAMES KILLIAN,

Plaintiffs,

v.

USD 497,

Defendant.

Case No. 2:26-cv-02062-JWB-JBW

**JOINT MEDIATION NOTICE**

COME NOW the Parties, by and through their counsel of record, and hereby notify the Court that they have scheduled mediation in this case with Tom Bender, 2600 Grand Boulevard, Suite 1100, Kansas City, Missouri 64108, with mediation to be held on November 6, 2026.

*/s/ Alan L. Rupe*
Alan L. Rupe, KS #08914
Alan Rupe Law LLC
8100 E. 22nd Street, Building 1800-2
Wichita, KS 67226
Telephone: 316-910-0490
Alan.rupe@alanrupelaw.com
*Attorneys for Defendant USD 497*

*/s/ Connor J. Pace*
Connor J. Pace, KS #28769
8645 College Blvd., Ste. 250
Overland Park, KS 66210
Telephone: (913) 339-6888
Facsimile: (913) 339-9653
cpace@bkwflaw.com
*Attorney for Plaintiffs*